# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

---

ROBERT E. ZWIEFELHOFER,

      Plaintiff,                                              Case No. 14-cv-589-jdp

v.

PETERSEN RESOURCES, LLC,

      Defendant.

---

## STIPULATION AND ORDER FOR DISMISSAL

---

      IT IS HEREBY STIPULATED by and between the parties to this action that this matter may be dismissed with prejudice, in its entirety, on the merits and without costs to either party.

Dated:   November 6, 2015

| AXLEY BRYNELSON, LLP | BAKKE NORMAN LAW OFFICES |
|---|---|
| s/ *Michael J. Modl* | s/ *Peter M. Reinhardt* |
| Michael J. Modl | Peter M. Reinhardt |
| Attorney for Defendants | Bakke Norman Law Offices |
| 2 E. Mifflin Street, Suite 200 | 2919 Schneider Avenue SE |
| Madison, WI 53703 | P.O. Box 280 |
| Telephone: (608) 257-5661 | Menomonie, WI 54751 |
| Facsimile: (608) 257-5444 | Tel: 715-235-9016x5317 |
| E-mail: mmodl@axley.com | Fax: 815-927-0411 |
|  | Email: preinhardt@bakke-norman.com |